## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

JEREMIAH CASH,

                      Plaintiff

vs.

STATELINE FABRICATORS, LLC,
& JOHN DOES 1-5 and 6-10,

                    Defendants.

Civil Action No.

### NOTICE OF REMOVAL PURSUANT TO 11. U.S.C. §1441(a)

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §1441 the Defendant, Stateline Fabricators, LLC, hereby removes the above-captioned action to the United States District Court from the Superior Court of New Jersey, on the grounds that the United States District Court has original jurisdiction over the matter pursuant to 28 U.S.C. §1332(a) in that the Plaintiff is a citizen of the Commonwealth of Pennsylvania and the Defendant is a citizen of the State of New Jersey and the amount in controversy exceeds $75,000.00. Attached to this Notice as exhibit "A" is a true copy of the process, pleadings and other orders served upon the Defendant, Stateline Fabricators, LLC, to date.

Respectfully Submitted,

WINEGAR, WILHELM, GLYNN & ROEMERSMA, PC

SCOTT M. WILHELM, ESQ.
I.D.# 013241995
305 Roseberry Street, P.O. Box 800
Phillipsburg, New Jersey 08865
Phone: (908) 454-3200
Fax:    (908) 454-3322
wilhelms@wwgrlaw.com
*Counsel for Defendant*

DATED: January 7, 2016